**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Nia Elan Davis, | No. CV-25-01992-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| American Airlines, et al., | |
| Defendants. | |

Plaintiff Nia Elan Davis is representing herself in this suit. Davis filed a "Motion to Accept Waiver of Service and to Approve Date of Service as June 25, 2025." (Doc. 13.) Davis explains she wishes to establish defendant American Airlines waived service of process on June 25, 2025. Davis wishes "to ensure clarity in the record" and her motion is "to establish the appropriate timeline for Defendant's responsive pleading." (Doc. 13 at 3.)

Davis's motion requesting the court "accept" and "approve" service on American Airlines is not appropriate. Whether Davis properly served American Airlines will be resolved if, and only if, American Airlines raises the adequacy of service in a motion when responding to the complaint. The court does not have a factual or legal basis to approve of Davis's service efforts outside of that context. Davis is warned that litigants who proceed without counsel "must follow the same rules of procedure that govern other litigants." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled in part by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012). In the future Davis must ensure her filings comply with all applicable rules and procedures.

Accordingly,

**IT IS ORDERED** the Motion to Accept Waiver of Service (Doc. 13) is **DENIED**.

Dated this 15th day of July, 2025.

_____

**Honorable Krissa M. Lanham**
**United States District Judge**