**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nia Elan Davis, | No. CV-25-01992-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| American Airlines, et al., | |
| Defendants. | |

On July 15, 2025, plaintiff Nia Elan Davis filed a "Motion to Accept Waiver of Service and to Approve Date of Service." (Doc. 13.) On July 16, 2025, the court denied that motion. (Doc. 14.) In doing so the court explained the motion was not appropriate because the court would address whether Davis properly served American Airlines "if, and only if, American Airlines raises the adequacy of service in a motion." (Doc. 14 at 1.) Because Davis's motion was baseless, the court warned Davis that she was required to "follow the same rules of procedures that govern other litigants," and she needed to ensure any future filings "comply with all applicable rules and procedures." (Doc. 14 at 1.) Davis chose to ignore the court's order.

On July 25, 2025, Davis filed a second "Motion to Accept Waiver of Service and to Approve Date of Service." (Doc. 20.) American Airlines opposed the motion because it failed to comply with applicable rules and procedures, and also noted Davis made a misleading statement within it. (Doc. 21 at 1; *see also* Doc. 17 at 4–5.) Davis's July 25 motion differs slightly from the July 15 motion but seeks identical relief. Davis offers no

explanation why, after the court informed her the July 15 motion was improper, she filed the July 25 motion. But regardless of Davis's reason for doing so, the July 25 motion is baseless and is denied.

The court again reminds Davis that she is required to comply with the same rules and procedures as all other litigants, including the requirement that she comply with court orders. If Davis chooses to continue to violate rules, procedures, or orders—or if she makes false statements within a filing—the court has a wide variety of options available to sanction that conduct. Sanctions might be imposed under Federal Rule of Civil Procedure 11, Federal Rule of Civil Procedure 41(b), or the court's inherent power. Sanctions may include fines, requiring Davis pay defendants' attorneys' fees, or dismissal of Davis's claims with prejudice. No additional warnings will be given.

**IT IS ORDERED** the Motion to Accept Waiver of Service (Doc. 20) is **DENIED**.

Dated this 4th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge